## AB JONES v. THE STATE.

### *No. 19.  Decided April 29.*

**Indictment, Sufficiency of — Motion in Arrest.** — The failure of an indictment to allege that it was presented in court, is a defect of form, and not of substance, and can not be availed of on motion in arrest of judgment.

APPEAL from the County Court of Goliad.  Tried below before Hon. J. L. BROWNE, County Judge.

Appellant was indicted for unlawfully carrying on and about his person a pistol, and at his trial was found guilty of said offense, and his punishment assessed at fifteen days imprisonment in the county jail. There is no statement of facts, and the only question on appeal is as to the sufficiency of the motion in arrest of judgment.

No briefs have come into the hands of the Reporter.

DAVIDSON, JUDGE.—Appellant was convicted of carrying a pistol, and prosecutes this appeal.

Motion in arrest of judgment was made upon the ground that the indictment failed to allege that it was presented in court.  This defect is one of form only, and does not afford a ground for arresting the judgment.  Niland v. The State, 19 Texas Cr. App., 166; Willson's Crim. Stats., sec. 1951.  This is the only question presented for our consideration.  The judgment is affirmed.

*Affirmed.*

Judges all present and concurring.